UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STACY GARR, <br> (TDCJ No. 2162206), | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | CIVIL ACTION NO. |
| VS. | ) <br> ) | 3:19-CV-1098-G (BN) |
| CAPTAIN GRAY, ET AL., | ) <br> ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

June 6, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**